*Summary Disposition January 27, 2016:*

LaFave v Ionia County Road Commission Chairperson, No. 151417; Court of Appeals No. 315439. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals opinion applying the law of abandonment to the facts of this case. The Court of Appeals erred by finding that the facts on record are sufficient to demonstrate defendants Molly Kandle-Kost and James Kost intended to abandon their easement rights in Weberta Drive, particularly in light of the failure of the trial court to make any findings on abandonment or the precise nature of defendants' property right. We therefore remand this case to the Ionia Circuit Court for findings on the nature of any property right retained by defendants Molly Kandle-Kost and James Kost in Weberta Drive. Once that court has determined the nature of that right, it should determine whether an abandonment analysis is applicable and, if it is applicable, make any necessary findings regarding whether defendants intended to abandon their property rights in Weberta Drive. See *Dep't of Natural Resources v Carmody-Lahti Real Estate, Inc*, 472 Mich 359, 385 (2005). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. We do not retain jurisdiction.

People v Columbert, No. 151710; Court of Appeals No. 325398. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the order of the Court of Appeals and we remand this case to the Court of Appeals to reconsider whether the requirements set forth in MCR 7.205(B) are satisfied in light of the prison account statements received on March 16, 2015 and May 28, 2015; five copies of a motion to waive filing fee for the defendant's delayed application for leave to appeal dated January 10, 2015 received some time before March 4, 2015; and the register of actions dated May 5, 2015 received on May 28, 2015. We do not retain jurisdiction.